Lorraine A. MAYFIELD,
Petitioner/Respondent,

v.

Richard F. MAYFIELD,
Respondent/Appellant.

No. 68243.

Missouri Court of Appeals,
Eastern District,
Division One.

June 4, 1996.

1. All statutory citations are RSMo 1994.

Joseph Howlett, Clayton, for Appellant.

Timothy H. Batten, St. Louis, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

In this dissolution action, the trial court imputed income to husband and ordered him to pay $622.62 monthly child support for two children. On appeal, his sole point alleges error in imputing $33,852 annual income to him. The trial court's award is supported by the evidence.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).